# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

       **LISA A. NICHOLS,** being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in North Bellmore, New York.

       On the 3rd day of August, 2017 deponent served the within *Letter Motion dated August 3, 2017 requesting extention/adjournment of discovery deadlines* upon:

James C. Kelly
The Law Office of James C. Kelly
244 5th Avenue, Suite K-278
New York, NY 10001

Stephan Diemer
295 Miles Avenue
Staten Island, NY 10308

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                     **LISA A. NICHOLS**

Sworn to before me this
3rd day of August, 2017.

_____
Notary Public

KAREN P. GALVIN
Notary Public, State Of New York
No.01GA5001652
Qualified In Nassau County
Commission Expires September 14, 2018

6268553.1