UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN TILCHEN,

                      Case No.: 1:17-CV-00051 (PAC)

               Plaintiff,

    -against-

                      **NOTICE OF MOTION**

CEMD ELEVATOR CORP. d/b/a CITY ELEVATOR,
MITCHELL HELLMAN, STEPHAN DIEMER, CARL        Hon. Paul A. Crotty
ALONGIS and KONE, INC.,

              Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the Declaration of Douglas E. Rowe, Esq. dated

April 17, 2018 and the exhibits annexed thereto, the Declaration of Steven Tilchen sworn to

April 17, 2018, the accompanying Memorandum of Law, and all proceedings had herein,

plaintiff STEVEN TILCHEN, by his attorneys, Certilman Balin Adler & Hyman, LLP, will

move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United

States District Court for the Southern District of New York, 500 Pearl Street, New York, New

York 10007, Court Room 14-C, at a date and time designated by the Court, for an Order pursuant

to Rule 15 (a)(2) of the Federal Rules of Civil Procedure permitting Plaintiff to amend his

Second Amended Complaint, along with such other and further relief as the Court deems just,

equitable and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1 (b)(2) of the

United States District Court for the Southern District of New York, answering papers, if any, are

to be served so as to be received by the undersigned no later than fourteen (14) days prior to the

return date of the within motion once set by the Court.

Dated: East Meadow, New York
       April 17, 2018

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____

Douglas E. Rowe
*Attorneys for Plaintiff*
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000
drowe@certilmanbalin.com

TO:     Forcelli, Curto, Deegan,
        Schwarts, Mineo & Terrana, LLP
        *Attorneys for City Elevator Defendants*
        Elbert Nasis, Esq.
        Lisa M. Casa, Esq.
        333 Earle Ovington Boulevard, Suite 1010
        Uniondale, New York 11553
        516-248-1700
        ENasis@ForchelliLaw.com
        lcasa@ForchelliLaw.com

        Ansa Assuncao, LLP
        *Attorneys for Kone Inc.*
        Stefanie Ann Bashar, Esq.
        707 Westchester Avenue, Suite 309
        White Plains, New York 10604
        Stefanie.Bashar@ansalaw.com

        Dykema Gossett, PLLC
        *Attorneys for Kone Inc.*
        Stephen S. Muhich, Esq.
        Elisa J. Lintemuth, Esq.
        300 Ottawa Ave., NW, Ste. 700
        Grand Rapids, Michigan 49503
        SMuhich@dykema.com
        ELintemuth@dykema.com

2