# Exhibit B



# Tilchen

1,350. for week salary
150. for week car allowance
(tax free)

habit    8% Annual   upto ?to plan
         5 1/2   extra 3%
         Every Year after addt'n 1%
         After ?? double

Repairs   3%  upto plan
          6%  over plan

Aid/NS    1%  upto plan
          2%  over plan

Rewards

Profit sharing plan on individual
                                sales