# CERTILMANBALIN

Paul A. Pagano
ASSOCIATE
DIRECT DIAL 516.296.7052
ppagano@certilmanbalin.com

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/18

4/23/2018
The proposed schedule is adopted.
So ordered.
Paul Crotty

April 19, 2018

**VIA ELECTRONIC FILING**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

    RE: **Steven Tilchen v. CEMD Elevator Corp. d/b/a City Elevator, et al.**
          **S.D.N.Y. Docket No.: 17-CV-00051 (PAC)**

Dear Judge Crotty:

    This firm represents Plaintiff in connection with the above-referenced matter. Yesterday, Plaintiff filed a motion seeking leave to amend his Second Amended Complaint. The parties have conferred and agreed upon the following briefing schedule subject to the Court's approval:

- Defendants will file their opposition papers to Plaintiff's motion by May 11, 2018;

- Plaintiff will file his reply papers in connection with his motion by May 25, 2018.

    Additionally, in connection with the filing of Plaintiff's motion seeking leave to amend, an incorrect version of Plaintiff's memorandum of law was filed (Docket Entry 76). A proper version was subsequently filed (Docket Entry 78). Plaintiff requests that the incorrect memorandum of law be deleted and/or disregarded.

CERTILMANBALIN

Thank You for Your consideration of the foregoing.

Respectfully submitted,

Paul A. Pagano, Esq.

cc: Forcelli, Curto, Deegan,
Schwarts, Mineo & Terrana, LLP
*Attorneys for City Elevator Defendants*
Elbert Nasis, Esq.
Lisa M. Casa, Esq.
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
516-248-1700
ENasis@ForchelliLaw.com
lcasa@ForchelliLaw.com

Ansa Assuncao, LLP
*Attorneys for Kone Inc.*
Stefanie Ann Bashar, Esq.
707 Westchester Avenue, Suite 309
White Plains, New York 10604
Stefanie.Bashar@ansalaw.com

Dykema Gossett, PLLC
*Attorneys for Kone Inc.*
Stephen S. Muhich, Esq.
Elisa J. Lintemuth, Esq.
300 Ottawa Ave., NW, Ste. 700
Grand Rapids, Michigan 49503
SMuhich@dykema.com
ELintemuth@dykema.com