UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18

-------------------------------------------------------------------X

Steven Tilchen,                                          :

             Plaintiff,                         :          17 Civ. 00051 (PAC)

       - against -                                 :          ORDER

CEMD Elevator Corp. d/b/a City Elevator, et al.,   :

          Defendants.                      :

-------------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

Plaintiff's motion (Docket 74 filed on April 18, 2018) for leave to file a Second Amended

Complaint, is denied. The motion is untimely; discovery has already concluded. Furthermore, it

appears that the proposed additional materials fail to state a claim. It is axiomatic that a

contract's validity depends on the alleged agreement between the parties being specific enough

to ascertain the parties' intention with reasonable certainty. Additionally, a writing may be

necessary—and there is none—to comply with New York law.

Finally, allowing amendment now would be highly prejudicial. Since Plaintiff knew at

all times of his bargaining with his employers, Plaintiff must bear the responsibility for failing to

state his full claim at an earlier time, rather than dribbling it out over an extended period.

The Clerk of the Court is directed to close the pending motion at ECF #74.

Dated: New York, New York
      July 10, 2018

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge