UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN TILCHEN<br><br>                                Plaintiff,<br><br>v.<br><br>CEMD ELEVATOR CORP. d/b/a CITY ELEVATOR, MITCHELL HELLMAN, STEPHA DIEMER, CARL ALONGIS and KONE, INC.,<br><br>                                Defendants | Case No. 17-CV-00051 (PAC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Ethan A. Brecher dated February 5, 2019 and the exhibits annexed thereto, the Declaration of Steven Tilchen and the exhibit annexed thereto, Plaintiff's Memorandum of Law, Statement of Undisputed Material Facts, and upon all prior pleadings herein Plaintiff Steven Tilchen will move this Court, before the Honorable Paul A. Crotty of the United States District Court for the Southern District of New York, at Courtroom 14C of the United States District Courthouse, 500 Pearl Street., New York, New York 10007, on a date and time designated by the Court for an Order granting Plaintiff's motion for summary judgment on the sole claim of tortious interference with a contract brought by Defendants CEMD Elevator Corp. d/b/a City Elevator ("CEMD"), Mitchell Hellman ("Hellman"), Stephan Diemer ("Diemer") and Carl Alongis ("Alongis")(collectively the

"Defendants") pursuant to Fed. R. Civ. P. 56 and granting any such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated January 7, 2019, opposition papers shall be served on or before March 12, 2019 and reply papers shall be served on or before March 22, 2019.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Dated New York, New York
      February 5, 2019

    Respectfully submitted,

    /s/ Ethan A. Brecher
    **ETHAN A. BRECHER (EB 3425)**
    Law Office of Ethan A. Brecher, LLC
    600 Third Avenue, 2nd Floor
    New York, NY 10016
    Phone: (646) 571-2440
    Fax: (888) 821-0246
    Email: ethan@ethanbrecherlaw.com

    *Attorney for Plaintiff*