# EXHIBIT A



WE KEEP NEW YORK MOVING.™

1384 Broadway, 21st FL
New York, NY 10018
city-elevator.com

## Important Announcement

We're extremely pleased to announce, that after an extensive search, we have found the perfect partner: KONE Inc., like us, is a proven leader in elevator, installation, service, repair and modernization. In addition, they have extensive escalator resources and manufacture innovative products superior to what's available to independent companies. On September 1, 2016, City Elevator will become part of the KONE family.

In 2002, City Elevator started with no capital, no accounts and hopes of a 2 car modernization project. Today, we are building the NYC skyline and servicing some of the most prestigious properties in the City. Over the years, we stuck to our philosophy of investing in people and building a handpicked group of the most talented professionals in the industry. Does that mean that we've been perfect every day? Of course not. However, we did build one of the most respected and relied upon companies in the industry.

Why now and why KONE? Why now is simple. Running a major company involves many distractions which are unrelated to our core function. Every year, I have less and less time to do the things I like; solve problems for our customers. With KONE, I'll be able to spend 100% of my time doing the things I like. Plus, I'll be able to spend a little more time with my family. This is really positive for me personally.

Why KONE? Again, the answers are simple. We are a perfect match. Even though they are a global company, I've found a real family company atmosphere in their New York office. What really convinced me that KONE was the right choice for us was that they've approached this as a merger, as opposed to an acquisition. Throughout the negotiating and transition process, their main focus has been on our people. That says a lot about how they'll treat our customers. The combined operation will have almost 100% City Elevator employee retention. The size of our respective operations are similar and because the synergies are so strong, you will see virtually no change, other than increased resources, in day to day operations or the people you deal with. Some key points of interest are:

- Your regular mechanic and account representative will become members of the KONE New York team.
- There will be no changes to the pricing of your service agreement as a result of this transition.
- We will be retaining our Manhattan office as the sales and service hub.
- City Elevator's and KONE's combined service bases will result in uniformly concentrated coverage and additional resources throughout the New York City metro area.
- For the indefinite future, we will increase night coverage utilizing both KONE and City Elevator technicians: City Elevator technicians will continue to take after-hours calls on your equipment. We will continue this practice until we are satisfied that KONE technicians have become familiar with our customers and buildings. The end result: more resources and better response.

- We will benefit from KONE's technology tools for service as well as their national parts warehouse. We will have unlimited resources behind us.
- I've been friends with Justin Tomasino, the KONE District Manager, for almost 30 years. He has the same "customer first" attitude as I do and I'm really looking forward to working with him again. I will be staying on, with KONE, in a position of high authority.
- Management Stability. KONE is not a revolving door. I've met many of their management and field employees and most have been there for most of their career.
- You will be receiving an email and/or hard copy mailing, in the next few days, regarding administrative transition details.

Most importantly, this is the best thing for the future of the company, our employees and our customers. Thank you for your confidence over the years. I look forward to working with you for many years to come.

Most Sincerely,

Mitchell S. Hellman
President