# EXHIBIT H

Exhibit 7
HOLDBACK CALCULATION

|  | Final Calculation | w/o Keystone Interference |
|---|---:|---:|
| Terminated Assumed Contracts |  |  |
| 1st 6 Months | $ 32,631.17 | $ 31,224.60 |
| 2nd 6 Months | $ 63,131.26 | $ 51,845.07 |
| Cancelled A/R Contracts | $ 6,076.46 | $ 5,850.00 |
| Total of Terminated Assumed Contracts | $ 101,838.89 | $ 88,919.67 |
| Secured Contracts from Prospects List | $ 22,400.00 | $ 22,400.00 |
| Total remaining Lost contracts | $ 79,438.89 | $ 66,519.67 |
| Closing Assumed Contracts | $ 626,121.64 | $ 626,121.64 |
| Lost contract percentage | 12.7% | 10.6% |
| Allowance | 5% | 5% |
| Final Lost contract percentage | 7.7% | 5.6% |
| Monthly lost contract total | $ 48,132.81 | $ 35,213.59 |
| 1st 6 Months       (32%) | $ 15,402.50 | $ 11,268.35 |
| 2nd 6 Months       (68%) | $ 32,730.31 | $ 23,945.24 |
| 1st 6 Months      (33.2 Multiple) | $ 511,362.95 | $ 374,109.16 |
| 2nd 6 Months      (16.6 Multiple) | $ 543,323.14 | $ 397,490.98 |
| Cancelled A/R   (33.2 Multiple)* | $ 201,738.47 | $ 194,220.00 |
| Total Reduction for lost contracts as of 9-1-17 | $ (1,256,424.56) | $ (965,820.14) |
| Holdback amount from schedule 3.01 | $ 1,858,207.00 | $ 1,858,207.00 |
| Amount due City | $ 601,782.44 | $ 892,386.86 |

*Original Schedule Contained Incorrect Amount ($95,880.55)

Direct Damages Due to Keystone Contracts via tortious contract interference      $          290,604.42