```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN TILCHEN,

                Plaintiff,

        -against-

CEMD ELEVATOR CORP. d/b/a CITY
ELEVATOR, MITCHELL HELLMAN,
STEPHAM DIEMAR, CARL ALONGIS, and
KONE, INC.,

                Defendants.
-------------------------------------------------------------X

**17 CIVIL** 51 (PAC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2019, Defendants' motion for summary judgment is GRANTED. The motion is GRANTED as to Plaintiff's claims for unlawful wage deductions (claim 1), failure to pay earned commissions (claim 2), failure to pay overtime (claims 3 and 4), and retaliation (claims 8 and 9). Plaintiff's remaining state law claims and Defendant's state law counterclaim are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       September 25, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                         **BY:**

                                                     **Deputy Clerk**