UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN TILCHEN<br><br>                              Plaintiff,<br><br>     v.<br><br>CEMD ELEVATOR CORP. d/b/a CITY ELEVATOR, MITCHELL HELLMAN, STEPHA DIEMER, CARL ALONGIS and KONE, INC.,<br><br>                              Defendants | Case No. 17-CV-00051 (PAC)<br><br>**NOTICE OF APPEAL** |

     Notice is hereby given that Plaintiff Steven Tilchen ("Plaintiff") appeals to United States Court of Appeals for the Second Circuit from this Court's Opinion & Order dated and filed September 24, 2019 (Dkt. No. 141) and Judgment dated and filed on September 25, 2019 (Dkt. No. 142), granting summary judgment to Defendants in part and declining to exercise supplemental jurisdiction over the remaining state law claims at issue between the parties.

Dated: New York, New York
       October 16, 2019

                                        Respectfully submitted,

                                        /s/ Ethan A. Brecher
                                        **ETHAN A. BRECHER (EB 3425)**
                                        Law Office of Ethan A. Brecher, LLC
                                        600 Third Avenue, 2nd Floor
                                        New York, NY 10016
                                        Phone: (646) 571-2440
                                        Fax: (888) 821-0246
                                        Email: ethan@ethanbrecherlaw.com
                                        *Attorney for Plaintiff*