N.Y.S.D. Case #
17-cv-0051(PAC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January two thousand and twenty,

Steven Tilchen,

    Plaintiff-Counter-Defendant-Appellant,

v.

CEMD Elevator Corp., DBA City Elevator, Mitchell Hellman, Stephan Diemer, Carl Alongis,

    Defendants-Counter-Claimants-Counter-Defendants- Appellees,

Kone Inc.,

    Defendant.

**ORDER**
Docket No. 19-3410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 23 2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/23/2020